**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                           CASE NO. 3:09cr82 LAC

MICHAEL PHILLIP KESSLER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   October 21, 2009
Motion/Pleadings: MOTION FOR GARCIA HEARING
Filed by GOVERNMENT   on 10/21/09   Doc.# 20

RESPONSES:
  BY DEFENDANT   on 11/4/09   Doc.# 38
                                   on   Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of November, 2009, that:*

*(a) The relief requested is **GRANTED.***

*(b)* _____

                                                    *s/L.A. Collier*
                                                   *LACEY A. COLLIER*
                                         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.