# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                         CASE NO. 3:09cr82 LAC

MICHAEL PHILLIP KESSLER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 25, 2009
Motion/Pleadings:  MOTION TO SUPPRESS SEARCH
Filed by DEFT   on 11/25/09   Doc.# 50

RESPONSES:
BY GOVERNMENT   on 11/27/09   Doc.# 52
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of December, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) See record of proceedings.*

s/*L.A. Collier*

*LACEY A. COLLIER*
*Senior United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.