UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:09cr82 LAC

MICHAEL PHILLIP KESSLER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    November 25, 2009
Motion/Pleadings:  MOTION TO DISMISS ON THE GROUNDS THAT THE CLASSIFICATION OF MARIJUANA AS A SCHEDULE I DRUG IS UNCONSTITUTIONAL
Filed by DEFT    on 11/25/09    Doc.# 51

RESPONSES:
 BY GOVERNMENT    on 12/2/09    Doc.# 56
                  on           Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of December, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of proceedings.*

s/L.A. Collier

***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.