UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:09cr82/LAC/CJK
              3:12cv232/LAC/CJK

**MICHAEL PHILLIP KESSLER**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 23, 2014 (doc. 144). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended motion to vacate, set aside, or correct sentence (doc. 131) is **DENIED**.

Case 3:09-cr-00082-LC-CJK   Document 146   Filed 10/29/14   Page 2 of 2

Page 2 of 2

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of October, 2014.

                                                s/*L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:09cr82/LAC/CJK; 3:12cv232/LAC/CJK

Page 2 of 2